UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:   BAUSCH & LOMB INC. ERISA LITIGATION | CIVIL ACTION NO.: 06-CV-06297-MAT-MWP |
| THIS DOCUMENT RELATED TO ALL ACTIONS | |

### ORDER

The motion MATTHEW J. FUSCO, pursuant to Local Rules 83.1 of the Rules of Practice for the United States District Court for the Western District of New York, for the admission of Thomas J. McKenna to practice before this Court pro hac vice is hereby granted.

Dated: ~~September~~ Oct 19, 2006.

Michael A. Telesca
USDJ