UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    DIANE JOHNSON, Individually and
    on behalf of all others similarly
    situated

                            Plaintiff(s)

     -vs-                                          06-Cv-6297T

    BAUSCH & LOMB, ET AL

                            Defendant(s)
_____

       Thomas J. McKenna, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of New York and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Thomas J. McKenna, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, Thomas J. McKenna, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                               S/ MICHAEL A. TELESCA
                                     MICHAEL A. TELESCA
                                     United States District Judge

Dated:  Rochester, New York
       October 30, 2006